JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br> v. <br> WALMART INC.; *et al.*, <br><br> Defendants. | Case No.: 2:17-CV-09081-RGK-FFM <br> *Hon. R. Gary Klausner Presiding* <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ACTION** |

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: February 21, 2019      By: _____
                                  Hon. R. Gary Klausner
                                  United States District Judge